UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN GULIYAN, | Case No. 2:25-cv-07360-SSC |
| Plaintiff, | |
| v. | JUDGMENT |
| KW SPECIALTY INSURANCE COMPANY, et al., | |
| Defendants. | |

Pursuant to the Order Granting Joint Stipulation of Dismissal filed concurrently herewith, **IT IS ADJUDGED** that:

1. The entire action, including all claims and counterclaims stated herein against all parties, is dismissed with prejudice; and

2. The Clerk of Court is directed to close this case.

DATED: June 15, 2026

_____

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE